IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01925-WYD-MJW

ALBERTUS B. BROKER,

Plaintiff(s),

v.

NATIONWIDE CREDIT, INC., a/k/a NATIONWIDE CREDIT OF GEORGIA, INC.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that Plaintiff's Unopposed Motion for Leave to Amend Complaint (docket no. 12) is GRANTED. Plaintiff shall re-file his Amended Complaint with this court within five (5) days from the date of this Order so that the Amended Complaint can be given a new docket number.

Date: January 18, 2007