IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01925-WYD-MJW

ALBERTUS B. BROKER,

     Plaintiff,

v.

NATIONWIDE CREDIT, INC.,
a/k/a NATIONWIDE CREDIT OF GEORGIA, INC.,
a Georgia corporation,

     Defendants.

---

## ORDER DISMISSING CASE

---

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss

With Prejudice, filed February 28, 2007 (docket #18).  The motion states that the

parties have reached a negotiated settlement with regard to the Complaint in this case.

Upon review of the motion and file herein, it is hereby

ORDERED that this case is **DISMISSED WITH PREJUDICE**, each party to pay

its own attorney fees and costs.

Dated:  March 1, 2007

                    BY THE COURT:


                    s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    U. S. District Judge